IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PJM-21-0087 |
| | * | |
| SONYA BANNISTER BURFORD, | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

### ORDER

Upon consideration of the Defendant's Emergency Motion for Compassionate Release (ECF No. 20), and the Government's Response in Opposition (ECF No. 30), it is, this 12 day of May 2022, **ORDERED** that the Motion for Compassionate Release is **DENIED AS MOOT**.

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE